EXHIBIT-D

The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

LF 185  CF _____

E/PRINT IN .MANENT .4CK INK

**DECEDENT**

| 1 DECEDENT'S NAME (First, Middle, Last) | | | 2 SEX | 3 DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|---|
| Deborah | Kay | Boothby | Female | April 26, 1998 |

| 4a AGE – Last Birthday (Years) | 4b UNDER 1 YEAR | | 4c UNDER 1 DAY | | 5 DATE OF BIRTH (Month, Day, Year) | 6 COUNTY OF DEATH |
|---|---|---|---|---|---|---|
| | MONTHS | DAYS | HOURS | MINUTES | | |
| 34 | | | | | June 18, 1963 | Van Buren |

| 7a LOCATION OF DEATH (Enter place officially pronounced dead in 7a, 7b, 7c.) HOSPITAL OR OTHER INSTITUTION – Name (If not in either, give street and number) | 7b IF HOSP OR INST Inpatient, On/Emer Room, DOA (Specify) | 7c CITY, VILLAGE, OR TOWNSHIP OF DEATH |
|---|---|---|
| South Haven Community Hospital | Emergency Room | City of South Haven |

| 8 SOCIAL SECURITY NUMBER | 9a USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired) | 9b KIND OF BUSINESS OR INDUSTRY |
|---|---|---|
| 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 | Assistant Manager | Rent Way |

| 10a CURRENT RESIDENCE – STATE | 10b COUNTY | 10c LOCALITY (Check one box and specify) | 10d STREET AND NUMBER |
|---|---|---|---|
| Michigan | Van Buren | ☐ INSIDE CITY OR VILLAGE OF ☒ TWP OF South Haven | 17442 Blue Star Hwy. |

| 10e ZIP CODE | 11 BIRTHPLACE (City and State or Foreign Country) | 12 MARITAL STATUS – Married, Never Married, Widowed, Divorced (Specify) | 13 SURVIVING SPOUSE (If wife, give name before first married) | 14 WAS DECEDENT EVER IN U S ARMED FORCES? (Specify Yes or No) |
|---|---|---|---|---|
| 49090 | South Haven, Michigan | Divorced | | No |

| 15. ANCESTRY – Mexican, Puerto Rican, Cuban, Central or South American, Chicano, other Hispanic, Afro-American, Arab, English, French, Finnish, etc. (Specify below) | 16 RACE – American Indian, Black, White, etc. If Asian, give nationality i e, Chinese, Filipino, Asian Indian, etc. (Specify below) | 17. DECEDENT'S EDUCATION (Specify only highest grade complete) | |
|---|---|---|---|
| | | Elementary/Secondary (0-12) | College (1-4 or 5 +) |
| German/Scotish | White | | 2 |

**PARENTS**

| 18 FATHER'S NAME (First, Middle, Last) | 19 MOTHER'S NAME (First, Middle, Surname before first married) |
|---|---|
| David Carl Boothby | Marie Henry |

**INFORMANT**

| 20a INFORMANT'S NAME (Type/Print) | 20b MAILING ADDRESS (Street and Number or Rural Route Number, City or Village, State, ZIP Code) |
|---|---|
| Marie Atwood | 09169 57th Street, Grand Junction, Michigan 49056 |

**DISPOSITION**

| 21. METHOD OF DISPOSITION – Burial, Cremation, Removal, Donation, Other (specify) | 22a. PLACE OF DISPOSITION (Name of Cemetery, Crematory, or other place) | 22b. LOCATION – City or Village, State |
|---|---|---|
| Burial | Lake View Cemetery | South Haven, MI |

| 23. SIGNATURE OF FUNERAL SERVICE LICENSEE | 24 LICENSE NUMBER (of Licensee) | 25. NAME AND ADDRESS OF FACILITY |
|---|---|---|
| Jeffrey P. Fillrandt | 6279 | Calvin Starks Frost 365 Center, South Haven, MI, 49090 |

**CAUSE OF DEATH**

26. PART I. Enter the diseases, injuries, or complications that caused the death. Do NOT enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

Approximate Interval Between Onset and Dea

IMMEDIATE CAUSE (Final disease or condition resulting in death) →
a. _Multiple Blunt Trauma - to chest primarily_  DUE TO (OR AS A CONSEQUENCE OF).  _secone minut_

Sequentially list conditions, IF ANY, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST
b. DUE TO (OR AS A CONSEQUENCE OF).
c. DUE TO (OR AS A CONSEQUENCE OF)
d.

| PART II Other significant conditions contributing to death but not resulting in the underlying cause given in Part I | 27a. WAS AN AUTOPSY PERFORMED? (Yes or No) | 27b. WERE AUTOPSY FI AVAILABLE PRIOR COMPLETION OF ( OF DEATH? (Yes or |
|---|---|---|
| | Yes | Yes |

**CERTIFYING PHYSICIAN**

| 28. ACTUAL PLACE OF DEATH (Home, Nursing Home, Hospital, Ambulance) (Specify) | 29. WAS CASE REFERRED TO MEDICAL EXAMINER? (Specify Yes or No) | 31a (Check one only) |
|---|---|---|
| hospital | Yes | ☐ The case reviewed and determined not to be a medical examin ☒ On the basis of examination and of investigation, in my opinion death at the time, date and place and due to the cause(s) and manne |

30a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated
(Signature and Title) ▶

(Signature and Title) ▶ _R. J. Miller_

**MEDICAL EXAMINER**

| 30b. DATE SIGNED (Mo., Day, Yr.) | 30c TIME OF DEATH | 31b. DATE SIGNED (Mo., Day, Yr) | 31c CASE NUMBER |
|---|---|---|---|
| | M | May 5, 1998 | |

| 30d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) | 31d. PRONOUNCED DEAD (Mo., Day, Yr) ON April 26, 1998 | 31e TIME OF DEATH 3:16 |
|---|---|---|

**FIER**

| 32a. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 26) (Type or Print) | 32b. LICENSE NUMBER |
|---|---|
| Dr. David Millard, 32345 56th Avenue, P.O. Box 204, Paw Paw MI 49079 | 020780 |

| 33a. ACC SUICIDE, HOM, NATURAL OR PENDING INVEST. (Specify) | 33b. DATE OF INJURY (Mo., Day, Yr). | 33c. TIME OF INJURY | 33d DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|
| Accident | April 26, 1998 | 2:24 AM | Pedestrian struck by automo |

33f. PLACE OF INJURY – At home, farm, street, factory, office building, etc. (Specify)
33g. LOCATION – Street or R F D No    City, Village or Two

FOR OFFICIAL USE ONLY
VAN BUREN COUNTY CLERK

NAME OF DECEASED __Deborah Kay Boothby__    RACE __White__    ☐MALE ☒FEMALE

DATE OF BIRTH __6/18/63__   AGE __34__   PHONE __none__   DID DEATH OCCUR WHILE ON THE JOB ☒NO ☐YES

ADDRESS __17442 BlueStar Highway__   CITY __South Haven__   STATE __MI__   ZIP __49090__

☐MARRIED ☐SINGLE ☒DIVORCED ☐WIDOWED ☐SEPARATED   SOCIAL SECURITY # __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__

☐EMPLOYED → OCCUPATION __unknown__    ☐RETIRED → OCCUPATION _____   ☐OTHER _____

NEXT OF KIN DATA IF KNOWN (NAME/ADDRESS/PHONE/RELATIONSHIP) __Marie Atwood  09169 57th Street  Grand Junction, MI 49056  Mother  no phone__

SUBJECT ID PER → ☒DRIVERS LICENSE ☒NEXT OF KIN ☐OTHER → _____

DATE/TIME OF DEATH __4/26/98__   AT __3:16 ~~05~~ AM__   DATA IS ☐EST ☒EXACT → ☐DOA ☐ER ☐NH ☐INPT ☐AFC ☒MVA

PRONOUNCED DATE/TIME __4/26/98__   AT __3:18 ~~05~~ AM__   PER __Dr. Fandrich__

EXACT ADDRESS OF DEATH __955 South Bailey  South Haven, MI  49090__

WITNESS (ADDRESS/PHONE) __none__

M.E.I. NOTIFIED OF CASE BY __South Haven ER__   DATE/TIME __4/26/98 3:05 AM__ AND ARRIVED ON SCENE __4/26/98 @ 3:05 AM__

☒DEPUTY M.E. CONTACTED   ☒BODY EXAM COMPLETED   ☐BODY EXAM DEFERRED   PHOTOS AND/OR VIDEO OF SCENE ☐NO ☒YES → BY ☒M.E.I. ☐POLICE

CLASS OF DEATH → ☐ACCIDENT   ☐HOMICIDE   ☐NATURAL   ☐SUICIDE   ☐INDETERMINABLE   ☒PENDING

CAUSE OF DEATH → __unknown pending autopsy__

CONTRIBUTING FACTORS __unknown pending autopsy__

PAST MEDICAL HISTORY __unknown__

PRESCRIBED AND OTC MEDICATIONS → ☐NO ☒UNKNOWN ☐YES, BUT MEDICATIONS UNKNOWN ☐YES → ALL LISTED ON SUPPLEMENTAL PAGE

PRIVATE PHYSICIAN __unknown__   ☐NONE ☒UNKNOWN ☐ONLY USED E.R. OR MED CENTER

LAST KNOWN DATE AND LOCATION OF MEDICAL CARE __unknown__

EMS INVOLVED ☐NO ☒IF YES → __Covert EMS__   DISPATCHED AT __2:37 AM__   ARRIVED AT __2:44 AM__

POLICE ON SCENE ☐NO ☒YES, OFFICER(S) → __Officer Scott Boling  Covert Police__   CASE# __98-040824__

POLICE NOT ON SCENE, BUT NOTIFIED ☒N/A ☐NO ☐IF YES → _____

AUTOPSY ☐NO ☒YES → DATE/TIME __4/27/98__ / __9:00 AM__ LOCATION __Metropolitan Hospital__ PER __unknown__

AUTOPSY NOTIFICATION MADE ☐N/A ☒TO FAMILY ☒TO POLICE BY __Cindy Zack__

TRANSPORTATION OF DECEASED PER __Miller of Bangor__ F.H. ☐TO FUNERAL LOCATION ☐FOR TEMP. STORAGE ONLY ☒TO MORGUE

TOXICOLOGY DRAWN ☐N/A ☒TO BE DRAWN AT TIME OF AUTOPSY ☐IF YES → DRAWN BY _____

SPECIMEN TYPE → ☐BLOOD   ☐URINE   ☐VITREOUS   SPECIMEN SENT TO ☐HOSPITAL LAB ☐MSP LAB ☐OTHER _____

FUNERAL ARRANGEMENTS PER __Calvin/Starks/Frost__   FUNERAL HOME

---

☒MEDICAL EXAMINERS CASE   ☐REFERRAL → _____ TO SIGN

MEDICAL EXAMINER INVESTIGATOR _Cindy Zack_   DATE __4/26/98__   MILES __3__

Cindy Zack

DEPUTY MEDICAL EXAMINER _M Miller MO_   DATE __5/29/98__



# MICHIGAN FORENSIC MEDICINE, P.C.
## FINAL AUTOPSY REPORT

| | |
|---|---|
| Autopsy Number: | A98-66 |
| Name: | Deborah Boothby |
| Date of Death: | April 26, 1998 |
| Date of Birth: | June 18, 1963 |
| Date of Autopsy: | April 27, 1998 |
| Pathologist: | Waldemar A. Palutke, M.D. |
| Medical Examiner: | Dr. Millard |
| Medical Examiner Investigator: | Cindy Zack |
| County: | VanBuren |
| Location of Autopsy: | Metropolitan Hospital |

**AUTOPSY FINDINGS:**

I.   Multiple Blunt Force Injuries.
  A.   Cortical contusion, brain.
  B.   Multiple rib fractures.
    1.   Bilateral hemothoraces.
  C.   Fracture of fifth thoracic vertebra.
    1.   Mediastinal and paraspinous hemorrhage.
    2.   Compression and hemorrhage, thoracic spinal cord.
  D.   Fracture of pelvis.
    1.   Soft tissue hemorrhage, pelvis.
  E.   Fracture of left clavicle.
  F.   Cutaneous lacerations, contusions, and abrasions.

II.   Alcoholic Intoxication.
  A.   Blood alcohol concentration - .27%.


CAUSE OF DEATH:       Multiple Blunt Force Injuries

MANNER OF DEATH:      Undetermined.


Waldemar A. Palutke, M.D.

TYPE/PRINT IN PERMANENT BLACK INK

LF 185
CF

STATE FILE NUMBER
0900434240
5373

**DECEDENT**

| 1. DECEDENT'S NAME (First, Middle, Last) | 2. DATE OF BIRTH (Month, Day, Year) | 3. SEX | 4. DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|
| Deborah Kay Boothby | June 18, 1963 | Female | April 26, 1998 |

| 5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS (Include AKA's if any) | 6a. AGE – Last Birthday (Years) | 6b. UNDER 1 YEAR | | 6c. UNDER 1 DAY | |
|---|---|---|---|---|---|
| | | MONTHS | DAYS | HOURS | MINUT |
| | 34 | | | | |

| 7a. LOCATION OF DEATH (Enter state officially pronounced dead in 7a, 7b, 7c) HOSPITAL OR OTHER INSTITUTION – Name (if not in either, give street and number and zip code) | 7b. CITY, VILLAGE, OR TOWNSHIP OF DEATH | 7c. COUNTY OF DEATH |
|---|---|---|
| South Haven Community Hospital | South Haven | Van Buren |

| 8a. CURRENT RESIDENCE – STATE | 8b. COUNTY | 8c. LOCALITY (check the box that describes the location) | 8d. STREET AND NUMBER (Include P.O. No. if applicable) |
|---|---|---|---|
| Michigan | Van Buren | CITY OR VILLAGE   X TOWNSHIP   UNINCORPORATED PLACE (state limits of) South Haven | 17442 Blue Star Hwy. |

| 8e. ZIP CODE | 9. BIRTHPLACE (City and State or Country) | 10. SOCIAL SECURITY NUMBER | 11. DECEDENT'S EDUCATION – What is the highest degree or level school completed at the time of death |
|---|---|---|---|
| 49090 | South Haven MI | | 2 Yrs College |

| 12. RACE – American Indian, White, Black, etc. (If Asian, give nationality, e.g. Chinese, Filipino, Asian Indian, etc.) (Enter all that apply) | 13a. ANCESTRY – Mexican, Cuban, Arab, African, English, French, Dutch, etc. (Enter all that apply) If American Indian race, enter principal tribe | 13b. HISPANIC ORIGIN (Yes or No) | 14. WAS DECEDENT EVER IN THE U.S. ARMED FORC (Yes or No) |
|---|---|---|---|
| White | German/Scotish | N/R | No |

| 15. USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) | 16. KIND OF BUSINESS OR INDUSTRY | 17. MARITAL STATUS – Married, Never Married, Widowed, Divorced (Specify) | 18. NAME OF SURVIVING SPOUSE (If wife, give name before first married) |
|---|---|---|---|
| Assistant Manager | Rent Way | Divorced | |

**PARENTS**

| 19. FATHER'S NAME (First, Middle, Last) | 20. MOTHER'S NAME BEFORE FIRST MARRIED (First, Middle, Last) |
|---|---|
| David Carl Boothby | Marie Henry |

**INFORMANT**

| 21a. INFORMANT'S NAME (Type/Print) | 21b. RELATIONSHIP TO DECEDENT | 21c. MAILING ADDRESS (Street and Number or Rural Route Number, City or Village, State, Zip Code) |
|---|---|---|
| Marie Atwood | N/R | 09169 57th St., Grand Junction MI 49056 |

**DISPOSITION**

| 22. METHOD OF DISPOSITION (Burial, Cremation, Entombment, Donation, Removal, Storage (Specify) | 23a. PLACE OF DISPOSITION (Name of Cemetery, Crematory, or Other location) | 23b. LOCATION – City or Village, State |
|---|---|---|
| Burial | Lake View Cemetery | South Haven MI |

| 24. SIGNATURE OF MORTUARY SCIENCE LICENSEE | 25. LICENSE NUMBER (of Licensee) | 26. NAME AND ADDRESS OF FUNERAL FACILITY |
|---|---|---|
| /s/Jeffrey P. Filbrandt | 6279 | Calvin Starks Frost 365 Center, South Haven MI 49090 |

**CERTIFICATION**

| 27a. CERTIFIER (Check only one) | 28a. ACTUAL OR PRESUMED TIME OF DEATH | 28b. PRONOUNCED DEAD ON (Month, Day, Year) | 28c. TIME PRONOUNCED DEAD |
|---|---|---|---|
| ☐ Certifying Physician – To the best of my knowledge, death occurred due to the cause(s) and manner stated. ☒ Medical Examiner – On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. | 3:16 A M | Apr. 26, 1998 | N/R |
| Signature and Title   /s/David Millard, MD | 29. MEDICAL EXAMINER CONTACTED? (Yes or No) Yes | 30. PLACE OF DEATH (Home, Hospital, Nursing Home, Hospital, Ambulance) (Specify) Hospital | 31. IF HOSPITAL (Inpatient, Outpatient, Emergency Room, DOA (Specify) Emer Room |

| 27b. DATE SIGNED (Month, Day, Year) | 27c. LICENSE NUMBER | 32. MEDICAL EXAMINER'S CASE NUMBER (If applicable) | 33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) |
|---|---|---|---|
| May 5, 1998 | 020780 | | |

| 34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN (Type or Print) |
|---|
| Dr. David Millard, MD, 32345 56th Ave., PO Box 204, Paw Paw MI 49079 |

| 35a. REGISTRAR'S SIGNATURE | 35b. DATE FILED (Month, Day, Year) |
|---|---|
| /s/Shirley K. Jackson | May 11, 1998 |

**CAUSE OF DEATH**

| 36. PART I. Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. Enter only one cause on a line. | | Approximate Interval Between Onset and Death |
|---|---|---|
| If diabetes was an immediate underlying or contributing cause of death be sure to record diabetes in either Part I or Part II of the cause of death section, as appropriate. | a. Multiple Blunt Trauma to Chest Primarily   DUE TO (OR AS A CONSEQUENCE OF) | Secs - Mins. |
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | b.   DUE TO (OR AS A CONSEQUENCE OF) | |
| Sequentially list conditions, IF ANY, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. | c.   DUE TO (OR AS A CONSEQUENCE OF) | |
| | d. | |

| PART II. OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I. | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE |
|---|---|---|
| | Yes   Probably No   Unknown | Not pregnant within past year Pregnant at time of death Not pregnant, but pregnant within 42 days of death Not pregnant, but pregnant 43 days to 1 year before death Unknown if pregnant within the past year |

| 39. MANNER OF DEATH – Accident, Suicide, Homicide, Natural, Undetermined, Pending Investigation (Specify) | 40a. WAS AN AUTOPSY PERFORMED? (Yes or No) | 40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes or No) |
|---|---|---|
| Homicide | Yes | Yes |

**MEDICAL EXAMINER**

| 41a. DATE OF INJURY (Month, Day, Year) | 41b. TIME OF INJURY | 41c. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|
| Apr. 26, 1998 | 2:24 A M | Pedestrian Struck by Automobile |

| 41d. INJURY AT WORK (Yes or No) | 41e. PLACE OF INJURY – At home, farm, street, construction site, wooded area, etc. (Specify) | 41f. IF TRANSPORTATION INJURY, SPECIFY (Driver/Operator, Passenger, Pedestrian, etc.) (Specify) | 41g. LOCATION Street or RFD No. | City, Village or Twp. | State |
|---|---|---|---|---|---|
| NO | Highway | Pedestrian | 31000 Block of Blue Star Hwy., Covert Twp. MI | | |

2591665

VRHDSS11 (12/12) Authority: MCL 333.2802

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED.