UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

IVORY LEE SHAVER,

        Petitioner,　　　　　Case No. 1:20-cv-61

v.　　　　　　　　　　　　　　　Honorable Paul L. Maloney

SHANE JACKSON,

        Respondent.
_____/

## ORDER TO FILE ANSWER OR OTHER PLEADING

This is a habeas corpus action brought by a state prisoner under 28 U.S.C. § 2254. Respondent shall file an answer or other pleading in response to the petition for writ of habeas corpus filed by the Petitioner herein within 180 days of the entry of this order. No extensions of time will be granted.

The answer of the Respondent shall comply with the requirements of Rule 5 of Rules Governing Section 2254 Cases in the United States District Courts. Respondent is further notified that the failure to raise affirmative defenses in the first responsive pleading may constitute a waiver of such defenses. *See* Fed. R. Civ. P. 8(c). Petitioner may submit a reply to the Respondent's answer within 42 days after the answer is filed. Rule 5(e) of Rules Governing Section 2254 Cases.

The Clerk of the Court shall serve one copy of the petition and brief in support (ECF Nos. 1 and 2) by regular mail on the Respondent and one copy by certified mail on the Attorney General of the State of Michigan.

2

**IT IS SO ORDERED**.

Dated:  March 20, 2020                              /s/ Sally J. Berens
                                                                        Sally J. Berens
                                                                        United States Magistrate Judge