UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IVORY LEE SHAVER,

    Petitioner,

v.

    Case No. 1:20-cv-61

    HONORABLE PAUL L. MALONEY

SHANE JACKSON,

    Respondent.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: January 4, 2021

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge